

**NUMBER 13-13-00526-CR**

**COURT OF APPEALS**

**THIRTEENTH DISTRICT OF TEXAS**

**CORPUS CHRISTI - EDINBURG**

---

**HERMAN LEE KINDRED,** **Appellant,**

**v.**

**THE STATE OF TEXAS,** **Appellee.**

---

**On appeal from the 24th District Court
of Jackson County, Texas.**

---

## ORDER ABATING APPEAL

**Before Justices Rodriguez, Garza, and Perkes
Per Curiam**

Appellant, Herman Lee Kindred, seeks to appeal from his conviction by filing a pro se notice of appeal. This cause is before the Court on appellant's motion to abate appeal, first motion to amend motion to abate appeal, and second motion to amend motion to abate appeal. Appellant complains of his trial counsel and indicates that he is

indigent. Because the record fails to indicate whether appellant is entitled to appointed counsel on appeal, we GRANT appellant's motions, ABATE and REMAND this cause as follows.

Upon remand, the trial court is directed to: (1) immediately cause notice to be given and conduct a hearing to determine whether appellant is indigent; (2) appoint counsel to represent appellant on appeal if he is determined to be indigent, or determine whether appellant waives his right to counsel and elects to proceed pro se; (3) make and file appropriate findings of fact and conclusions of law and cause them to be included in a clerk's record; (4) cause the hearing to be transcribed and included in a reporter's record; and (5) have these records forwarded to the Clerk of this Court within thirty days from the date of this order. If the trial court requires additional time to comply, the trial court should so notify the Clerk of this Court.

It is so ORDERED.

PER CURIAM

Do not publish.
*See* TEX. R. APP. P. 47.2(b).

Delivered and filed the
20th day of February, 2014.

2